DAVID E. McALLISTER (AZ SBN 021551)
JOSEPHINE E. PIRANIO (AZ SBN 020630)
BRIAN PAINO (AZ SBN 027091)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858)750-7600
Facsimile: (619) 590-1385
jsalmon@piteduncan.com

Attorneys for CITIMORTGAGE, INC.

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: January 27, 2010**



_____
**RANDOLPH J. HAINES
U.S. Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>PAMELA K. NUDO ,<br><br>　　　　Debtor(s). | Case No. 2:09-BK-26876-RTB<br><br>Chapter 13<br><br>ORDER FOR RELIEF |
| CITIMORTGAGE, INC.,<br><br>　　　　Movant,<br><br>　　v.<br><br>PAMELA K. NUDO , Debtor(s);<br>and EDWARD J. MANEY, Chapter 13 Trustee,<br><br>　　　　Respondents. | |

　　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay having been duly served upon Respondent, Respondent's counsel, and the Trustee, and no objection having been received, and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

　　　　1.　　The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust commonly known as 948 S Alma School Rd #56, Mesa, Arizona 85210 ("Real Property"), which is legally described as:

- 1 -

LOT 529, HALLCRAFT VILLAS MESA THREE, ACCORDING TO BOOK 152 OF MAPS, PAGE 03, RECORDS OF MARICOPA COUNTY, ARIZONA.

2. That the 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived as the property is being surrendered;

3. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

4. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtor fails to vacate the Property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

6. If the Trustee is making payments to Movant, the Trustee shall cease making such payments at the next regular disbursement following service of this Order;

7. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case;

8. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

9. Counsel for Movant is to serve a copy of this Order immediately upon Debtor, Debtor's counsel, the Trustee, and all other interested parties entitled to Notice of Motion.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE